IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02189-DME-BNB

CLARA WILSON,

    Plaintiff,

v.

FORE PROPERTY COMPANY d/b/a FOUNTAIN SPRINGS APARTMENTS AND FORE FOUNTAIN SPRINGS LP d/b/a FOUNTAIN SPRINGS APARTMENTS,

    Defendant.

## MINUTE ORDER

**Honorable David M. Ebel**

    Plaintiff's Unopposed Motion to Withdraw Plaintiff's Motion for Remand Without Prejudice (Doc. No. 16) is GRANTED.

    DATED:   October 4, 2012