IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 12-cv-02189-DME-BNB | Date: March 12, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| CLARA WILSON<br>**Plaintiff(s)** | *Jeffrey A. Massey* |
| v. | |
| FORE PROPERTY COMPANY<br>FOR FOUNTAIN SPRINGS, LP<br>**Defendant(s)** | *Bryan P. Gogarty* |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session:  1:22 p.m.

Appearance of counsel.

Argument presented on [23] Motion to Compel Physical Examination of Plaintiff, Plaintiff to Appear for Deposition, and Motion for an Extension of Time to Designate Experts.

**ORDERED:** [23] Motion to Compel Physical Examination of Plaintiff, Plaintiff to Appear for Deposition, and Motion for an Extension of Time to Designate Experts is GRANTED.

Parties are to submit a Motion to Amend the Scheduling Order on or before March 22, 2013.

Court in Recess:  1:40 p.m.    Hearing concluded.    Total time in Court: 00:18

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119