IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-02189-DME-BNB

CLARA WILSON,

Plaintiff,

v.

FORE PROPERTY COMPANY
FORE FOUNTAIN SPRINGS L.P.,

Defendants.

_____

**ORDER**

_____

This matter arises on the **Defendants' Motion to Compel Physical Examination,**

**Motion to Compel Plaintiff to Appear for Deposition, and Motion for an Extension of Time**

**to Designate Experts** [Doc. # 23, filed 2/12/2013] (the "Motion").  I held a hearing on the

Motion this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     The Motion [Doc. # 23] is GRANTED;

(2)     The plaintiff shall appear in Denver, Colorado, and submit to a physical

examination pursuant to Fed. R. Civ. P. 35 and sit for her deposition by oral examination

pursuant to Fed. R. Civ. P. 30.  The physical examination and deposition shall be scheduled to

occur on the same day or on adjoining days so as to minimize inconvenience to the plaintiff;

(3)     After conferring, counsel shall agree on the time, place, manner, conditions, scope

of examination, and examining physician, which thereafter shall be reduced to writing by

counsel for the defendants and provided to plaintiff's counsel not less than five calendar days

prior to the physical examination; and

(4)     On or before March 22, 2013, the parties shall confirm the date of the physical examination and deposition and submit a proposal for any amendments to the scheduling order necessitated by this Order.

Dated March 12, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

2