IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-02189-DME-BNB

CLARA WILSON,

Plaintiff,

v.

FORE PROPERTY COMPANY
FORE FOUNTAIN SPRINGS L.P.,

Defendants.

_____

## ORDER

_____

This matter arises on the following:

(1)     Defendants' **Motion for Leave to File Unopposed Motion for Proposed**

**Amendments** [Doc. # 33, filed 3/25/2013] (the "Motion to File"); and

(2)     Defendants' **Unopposed Motion for Proposed Amendments to the Scheduling**

**Order** (the "Motion for Extension").

IT IS ORDERED:

(1)     The Motion to File [Doc. # 33] is GRANTED; and

(2)     The case schedule is modified to the following extent:

Discovery Cut-Off:                    June 15, 2013.

(All discovery must be completed by the discovery cut-off.  All
written discovery must be served so that responses are due on or
before the discovery cut-off.)

Expert Disclosures:

> The parties shall designate all rebuttal experts and
> provide opposing counsel with all information
> specified in Fed. R. Civ. P. 26(a)(2) on or before
> May 15, 2013.

Dated March 26, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

2