IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-02189-DME-BNB

CLARA WILSON,

Plaintiff,

v.

FORE PROPERTY COMPANY
FORE FOUNTAIN SPRINGS L.P.,

Defendants.

_____

**ORDER**
_____

This matter arises on the following:

(1)     Defendants' **Motion for Leave to File Unopposed Motion for Proposed Amendments** [Doc. # 33, filed 3/25/2013] (the "Motion to File"); and

(2)     Defendants' **Unopposed Motion for Proposed Amendments to the Scheduling Order** (the "Motion for Extension").

IT IS ORDERED:

(1)     The Motion to File [Doc. # 33] is GRANTED; and

(2)     The case schedule is modified to the following extent:

Discovery Cut-Off:              June 15, 2013.

(All discovery must be completed by the discovery cut-off.  All written discovery must be served so that responses are due on or before the discovery cut-off.)

Expert Disclosures:

The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before May 15, 2013.

Dated March 26, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge