IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02189-DME-BNB

CLARA WILSON,

    Plaintiff,

v.

FORE PROPERTY COMPANY d/b/a/ FOUNTAIN SPRINGS APARTMENTS and
FORE FOUNTAIN SPRINGS LP d/b/a FOUNTAIN SPRINGS APARTMENTS,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

The parties have filed a Joint Stipulated Motion for Dismissal with Prejudice. After careful review of the stipulation and the file, the Court has concluded that the stipulation should be approved and that Plaintiff Clara Wilson's claims against Defendants Fore Property Company d/b/a Fountain Springs Apartments and Fore Fountain Springs LP d/b/a Fountain Springs Apartments should be dismissed with prejudice.

THEREFORE IT IS ORDERED as follows:

1.    That the Joint Stipulated Motion for Dismissal with Prejudice is APPROVED; and

2.    That Plaintiff's claims and this civil action against Defendants are DISMISSED WITH PREJUDICE, each party to pay his own attorney's fees and costs.

Dated this 27th day of JUNE, 2013.

                                                BY THE COURT:

                                                *s/ David M. Ebel*

                                                _____
                                                David M. Ebel
                                                United States Circuit Court Judge
                                                District of Colorado